United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO, <br>              Plaintiff, <br>   vs. <br> ATASCADERO STATE HOSPITAL, et al., <br>              Defendants. | No. C 12-00390 JW (PR) <br><br> ORDER OF TRANSFER |

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 against medical staff at Atascadero State Hospital, in Atascadero, California. Atascadero State Hospital is located in San Luis Obispo County, within the venue of the Central District of California. See 28 U.S.C. § 84(c). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Central District, and not in this one. See 28 U.S.C. § 1391(b).

//
//
//
//

Order of Transfer
G:\PRO-SE\JW-SF\CR-12\Castillo-12-0390-transfer.wpd

1  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a),
2  this action is TRANSFERRED to the United States District Court for the Central
3  District of California.  The clerk shall transfer this matter.
4  IT IS SO ORDERED.

6  DATED: April 5, 2012                                *James Ware*
7                                                      JAMES WARE
                                                       United States District Chief Judge